ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

SUSAN ENGONWEI TINGWEI

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 14

\*    September Term, 2022

## ORDER

Upon consideration of the parties' joint petition for disbarment by consent, it is this 27th day of June 2025, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted, and that, effective immediately, Respondent, Susan Engonwei Tingwei, is disbarred from the practice law in the State of Maryland for violation of Rule 8.4 (a), (b), (c), and (d) (misconduct) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that the stay imposed by this Court's February 8, 2023, Order is lifted; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk